## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
District of Columbia

Case No.: F-5015-01
PDID No.: 524818

vs.

Kevin E. Eaton

### JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty  ☒ Guilty to the Charge(s) of D'
UCSA Distribution of Cocaine

and having been found guilty by ☐ Jury  ☒ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to Imposition of sentence suspend, Supervised Probation under title 24 section 803(A) Youth Rehabilitation Act for a period of Four (4) years

100 Hours of Community Service

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed

☐ MANDATORY MINIMUM term does not apply.

☐ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.

☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 903[b] of the D.C. Code [Youth Rehabilitation Act 1985].

☒ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

☒ Observe the general conditions of probation listed on the back of this order. Maintain employment

☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer. Continue education

☒ Treatment for ☐ alcohol problems ☒ drug dependency or abuse as follows:
As referred by Central Intervention Program

☐ Restitution of $ _____ in monthly installments of $ _____ beginning _____
(see reverse side for payment instructions.)

☐ The Court will distribute monies to _____

Costs in the aggregate amount of $ 200.00 have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☐ have not been paid.

ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve the commitment/order for the defendant.

1-4-02
Date

A TRUE COPY
TEST: JUN 22 2006

_____ Judge

Certification by Clerk pursuant to Criminal Rule 32(d).

1-4-02
Date

Clerk, Superior Court of the District of Columbia
By: _____
Deputy Clerk

_____ Deputy Clerk

Form CD(18)-1040/Oct. 01

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

United States of America
District of Columbia

Case No.: F-4816-01
PDID No.: 524818

vs.

Kevin E. Eaton

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant, having entered a plea of ☐ Not Guilty ☒ Guilty to the Charge(s) of **B**, Carrying A Pistol w/o a License C. Unregistered Firearm, D. Unlawful Possession of Ammunition and having been found guilty by ☐ Jury ☒ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to Counts B, C, D. Imposition of sentence Suspended. Supervised Probation under Title 24 section 803(A), Youth Rehabilitation Act concurrently for a period of four (4) years. One hundred (100) hours of Community Service.

☐ **MANDATORY MINIMUM** term of _____ applies to the sentence imposed

☐ **MANDATORY MINIMUM** term does not apply.

☐ **ORDERED** that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.

☐ **ORDERED** that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 903[b] of the D.C. Code [Youth Rehabilitation Act 1985].

☐ **ORDERED** that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further **ORDERED** that while on probation the defendant observe the following marked conditions of probation:

☒ Observe the general conditions of probation listed on the back of this order. Maintain employment/Continued Education
☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.
☒ Treatment for ☐ alcohol problems ☒ drug dependency or abuse as follows: As Referred By Central Intervention Program

☐ Restitution of $ _____ in monthly installments of $ _____ beginning _____ (see reverse side for payment instructions.)

☐ The Court will distribute monies to _____

Costs in the aggregate amount of $ 300.00 have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☐ have not been paid. Pay by 4-4-02

ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve the commitment/order for the defendant.

1-4-02 Date
Certification by Clerk pursuant to Criminal Rule 32(d).

1-4-02 Date

A TRUE COPY
TEST: JUN 22 2006
Clerk, Superior Court of the District of Columbia
By: _____ Deputy Clerk

Judge
Deputy Clerk

Form CD(18)-1040/Oct. 01