UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Cr. No. 05-396 (RCL) |
| | : | |
| **CHRISTOPHER HARRISON.** | : | |

## ORDER

Upon consideration of defendant's motion to suppress, it is hereby

ORDERED that defendant's motion is GRANTED; and it is

FURTHER ORDERED that the handgun recovered by the police in this case is suppressed.

SO ORDERED.

_____
THE HONORABLE JUDGE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
AFPD David W. Bos
AUSA Catherine Connelly