UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Plaintiff, )<br>    v. )<br>         )<br>DAVID WEBB )<br>         )<br>        Defendant. ) | Crim No. 06-87 (EGS) |

**ORDER**

Upon consideration of defendant's motion to continue the presently scheduled sentencing, it is this _____ day of September, 2006,

**ORDERED** that sentencing scheduled for September 29, 2005, be rescheduled to _____, 20006 at _____ .m., it is

**FURTHER ORDERED** that all sentencing memorandum in this case be filed no later that October 12, 2006.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

cc:

David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Catherine Connelly
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001