UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| v. ) | Crim No. 06-151 (HHK) |
| ) | |
| KEVIN EATON ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant, Kevin Eaton, through undersigned counsel, respectfully moves this Court to continue the presently scheduled sentencing in this case until the week of April 23, 2007, to allow counsel for the Defendant to complete the Defendant's Sentencing Memorandum. As grounds for this motion, counsel states:

1. The Defendant's sentencing date is presently set for April 6, 2007.

2. Counsel for the Defendant is in the process of preparing the Defendant's memorandum in aide of sentencing and expects to have it completed and submitted to the Court later this week. Given the nature of the Defendant's submission, counsel expects that both the Court and the Government will need time to review the Defendant's submission.

3. Counsel has been in contact with Government counsel, Assistant United States Attorney Michael Truscott, who is presently trying a homicide case in Superior Court which he expects to conclude early next week, and he does not oppose this request.

4. Counsel therefore requests that the sentencing in this case be continued until the week of April 23, 2007.

WHEREFORE, defendant respectfully requests that this motion be granted.

                                                  Respectfully submitted,

                                                  A.J. Kramer
                                                  Federal Public Defender

                                                            /s/
                                                _____
                                                David W. Bos
                                                Assistant Federal Public Defender
                                                625 Indiana Ave., N.W., Suite 550
                                                Washington, D.C.  20004
                                                (202) 208-7500, ext. 118