UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA<br>　　　　　Plaintiff,<br>　　v.<br>KEVIN EATON<br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Crim No. 06-151 (HHK) |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Defendant, Kevin Eaton, through undersigned counsel, respectfully moves this Court to continue the presently scheduled sentencing in this case until the week of May 14, 2007, to allow counsel for the Defendant to complete the Defendant's Sentencing Memorandum. As grounds for this motion, counsel states:

1. Mr. Eaton's sentencing date is presently set for April 27, 2007.

2. Counsel for Eaton is still in the process of preparing Mr. Eaton's memorandum in aide of sentencing, and expected to have it completed and submitted to the Court late last week. Last Thursday, however, counsel for Mr. Eaton unexpectedly became involved in the federal death penalty case of United States v. Gooch before Judge Collyer. Counsel expects his obligations in the Gooch matter will conclude on Wednesday, April 25, 2007, and counsel expects to be able to file Mr. Eaton's Sentencing Memorandum by Thursday, April 26, 2007. Given the nature of the Defendant's submission, counsel expects that both the Court and the Government will need time to review the Defendant's submission.

3. The Government, per Assistant United States Attorney Michael Truscott, does not oppose this request.

4. Counsel therefore requests that the sentencing in this case be continued until the week of May 14, 2007. Both parties are available any day that week.

WHEREFORE, defendant respectfully requests that this motion be granted.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

/s/
_____
David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500, ext. 118