UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| Plaintiff, ) | | |
| v. ) | Crim No. 06-151 (HHK) | |
| ) | | |
| KEVIN EATON ) | | |
| ) | | |
| Defendant. ) | | |

## ORDER

Upon consideration of defendant's motion to continue the presently scheduled sentencing,

it is this _____ day of April, 2007,

**ORDERED** that sentencing scheduled for April 27, 2007, be rescheduled to _____,

2007 at _____ .m., it is

_____
HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE

cc:

David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Michael Truscott
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001