IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>v.            )<br>)<br>**KEVIN EATON,**      )<br>     **Defendant.**   )<br>_____ ) | **Criminal Case No. 06-151 (HHK)** |

## DEFENDANT'S NOTICE OF FILING

Defendant's Exhibit A in support of Defendant's Memorandum in Aid of Sentencing will be forwarded, in DVD format, to the Chambers of District Court Judge Henry H. Kennedy, this 20th day of June, 2007.

                              Respectfully submitted,
                              A.J. KRAMER
                              FEDERAL PUBLIC DEFENDER


                              _____/s/_____
                              David W. Bos
                              Assistant Federal Public Defender
                              625 Indiana Avenue, N.W., Suite 550
                              Washington, DC  20004
                              (202) 208-7500