### HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : Docket No.: <u>06-CR-151-01</u> | JUN 2 6 2007 |
| vs. | : SSN: _____ | |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| | : | U.S. DISTRICT COURT |
| EATON, Kevin Eugene | : Disclosure Date: <u>March 1, 2007</u> | |

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

(X)    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                          3-6-09
Prosecuting Attorney                                Date

### For the Defendant

(CHECK APPROPRIATE BOX)

(✓)    There are no material/factual inaccuracies therein.  *(see attached Letter)*

( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  3/15/07          _____  3/15/07
Defendant         Date             Defense Counsel      Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>March 15, 2007</u>, to U.S. Probation Officer <u>Kelli Cave</u>, telephone number <u>(202) 565-1357</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

### FOR THE COURT

By:    Gennine A. Hagar, Chief
       United States Probation Officer

<br>



U.S. Department of Justice
United States Attorney
District of Columbia

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

# USAO-DC
# FAX
## Cover

---

**To:** Kelli Cave (273-0242) and David Bos (208-7515)  **From:** Michael Truscott

**Fax:** 202-628-0249  **Phone:** 514-7533

**Date:** March 6, 2007

**Re:** Kevin Eaton

**Page(s):** 2  including cover

**COMMENTS:**

---

### U.S. ATTORNEY FACSIMILE COMMUNICATION

*WARNING: Information attached to this cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited. Please notify the originator immediately to arrange for proper disposition.*

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER                                                    TELEPHONE (202) 208-7500
*Federal Public Defender*                                       FAX (202) 208-7515


March 12, 2007

Kelli Cave
United States Probation Officer
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

                          RE:    United States v. Kevin Eaton,
                                 Crim. No. 06-151

Dear Ms. Cave:

        Attached, please find the Defendant's Receipt and Acknowledgment of Presentence
Report. Although he initially intended to plead guilty pursuant to a written plea agreement, Mr.
Eaton instead pled guilty to the Indictment; therefore, the following minor corrections should be
made to the Presentence Report:

        **Paragraphs 3 and 4:** As noted above, Mr. Eaton did not plead guilty pursuant to a
written plea agreement.  As a result, there was no agreement regarding the offense level, criminal
history or whether a guideline sentence constitutes a reasonable sentence in this case; and, either
party may seek or suggest a departure or adjustment.

                                            Sincerely,

                                            David W. Bos
                                            Assistant Federal Public Defender