HONORABLE HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT JUDGE

**FILED**

**AUG 0 7 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

Kevin E. Eaton                     Docket No.: CR 06-151-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  Kevin E. Eaton  having been sentenced, on June 26, 2007, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to  FCI Allenwood Low , in  White Deer, PA  by 2 p.m., on  August 23, 2007 .

_8/6/07_
Date

_[signature]_
HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_[signature]_                          _[signature]_
**ATTORNEY/U.S. PROBATION OFFICER**          **DEFENDANT**

Revised 6-2004